■ ANTHONY J. DeCINTIO et al., Appellants, v LAWRENCE HOSPITAL et al., Defendants, and ROBERT ROE, M.D., et al., Respondents. [27 NYS3d 864]—

Judgment, Supreme Court, Bronx County (Stanley Green, J.), entered June 5, 2014, dismissing the action against defendant Robert Roe, M.D., unanimously affirmed, without costs. Order, same court and Justice, entered May 16, 2014, which, upon reargument and renewal, granted defendants-respondents' separate motions for summary judgment dismissing the complaint against them, unanimously affirmed as to defendant Ronald Silverman, M.D., and the appeal from the order otherwise dismissed, without costs, as subsumed in the appeal from the judgment.

The motion court properly granted renewal and reargument (*see* CPLR 2221 [d], [e]), and, upon renewal and reargument, correctly granted defendants' motions for summary judgment. Defendants made a prima facie showing of their entitlement to judgment as a matter of law, by submitting expert affidavits stating that they appropriately diagnosed decedent based on her symptoms and that their treatment was not the proximate cause of her injuries (*Mignoli v Oyugi*, 82 AD3d 443, 444 [1st Dept 2011]). As this Court held with respect to nearly identical affidavits submitted by plaintiffs in opposition to the motions of the other defendants in this action, the expert affidavits that plaintiffs submitted in opposition to defendants' motions were conclusory and failed to raise a triable issue of fact (25 AD3d 320 [1st Dept 2006]; 33 AD3d 329 [1st Dept 2006]; 55 AD3d 407 [1st Dept 2008]).

We have considered plaintiffs' remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Andrias, Saxe, Moskowitz and Kahn, JJ.